# JASINSKI

A Professional corporation | Counselors-At-Law

www.jplawfirm.com

April 21, 2021

**Via CM/ECF**
Honorable Edward S. Kiel, U.S.M.J.
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

**Re: Scalia v. 300 Broadway Healthcare, L.L.C., et al 2:20-00622-CCC-ESK**

Dear Judge Kiel:

This firm represents Defendant Steve Kleiman and Defendant New Vista in the above referenced matter. Please accept this request for an additional two-week extension for the parties to file the papers necessary to dismiss this action under F.R.C.P. 41. All parties consent to this request for extension.

The parties are in the process of finalizing the Consent Agreement and circulating the Agreement for execution.

With the Courts permission it is respectfully requested that the parties be permitted to file their Consent Agreement by no later than May 5, 2021.

We thank Your Honor for your time and consideration.

Respectfully submitted,

JASINSKI, P.C.

s/ Robert P. Manetta

ROBERT P. MANETTA

60 Park Place, 8th Floor
Newark, NJ 07102
ph 973-824-9700 | fax 973-824-6061

308 South New York Road, Suite B
Galloway, NJ 08205
ph 609-677-9800 | fax 609-677-9811