UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

MARTIN J. WALSH, Secretary of Labor, :
United States Department of Labor, [1],
: Civil Action File No.:
          Plaintiff, **20-CV-00622 (CCC)(ESK)**
:
    v.
:
300 BROADWAY HEALTHCARE, L.L.C. d/b/a NEW
VISTA NURSING & REHAB CENTER, GEORGE
WEINBERGER, STEVE KLEIMAN and NEW VISTA :
NURSING & REHAB CENTER MEDICAL PLAN,
:
          Defendants. :

---

GEORGE WEINBERGER, :
          Third-Party Plaintiff,
:
    v.
:
TNUZEG HOLDINGS, LLC, RIVKA B. KLEIMAN, and
RIVKA C. KLEIMAN, :

          Third-Party Defendants. :

---

**ORDER GRANTING THE SECRETARY'S MOTION TO DEPOSIT SUM OF MONEY WITH THE COURT INTO THE CRIS LIQUIDITY FUND**

    The above-captioned matter having come before the Court upon the Secretary of Labor's letter motion to approve the parties' proposed Consent Order and Order to Deposit Money into CRIS Account with the Court pursuant to Fed. R. Civ. P. 67 and L.Civ.R. 67.1, and the Court having considered the motion,

    NOW, THEREFORE, it is on this 6th day of May, 2021;

    ORDERED that the motion to approve the proposed Order to Deposit Money into CRIS Account shall be, and is hereby, GRANTED; it is

    FURTHER ORDERED that the sum of $128,000.00 ($37,000.00 from defendant George Weinberger and $91,000.00 from defendants 300 Broadway Healthcare, L.L.C. and Steve

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Secretary of Labor Martin J. Walsh is automatically substituted as petitioner for former Secretary of Labor, Eugene Scalia.

Kleiman) be deposited by the Clerk of Court into the Registry of this Court and then, as soon as the business of his or her office allows, the Clerk of Court shall deposit these funds into the interest-bearing CRIS Liquidity Fund administered by the Administrative Office of the United States Courts as Custodian, pursuant to L.Civ.R. 67.1(a)(2); it is

FURTHER ORDERED that the sum of money so invested in the interest-bearing CRIS Liquidity Fund shall remain on deposit until further order of this Court at which time the funds, together with interest thereon, shall be retrieved by the Clerk of Court and redeposited into the non-interest-bearing Registry of the Court for disbursement pursuant to further order of the Court; it is

FURTHER ORDERED that the Custodian shall deduct the CRIS fee of an annualized 10 basis points on assets on deposit for all CRS funds for the management of investments in the CRIS, excluding the case funds held in the Disputed Ownership Fund, and it is

FURTHER ORDERED that a signed copy of this Order shall be personally served upon the Clerk of Court, Chief Deputy of Administration, Chief Deputy of Operations or Finance Manager.

_____
HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

Dated: May 6, 2021
Newark, New Jersey