

August 18, 2021

Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street, Court Room 5B
Newark, NJ 07101

Re:     Walsh v. 300 Broadway Healthcare, L.L.C. et al., 20-CV-00622

Dear Judge Cecchi,

Attached hereto and forwarded pursuant to Section II(B)(2) of the Settlement Agreement and Consent Order so-ordered by this Honorable Court in the above-referenced matter on or about May 6, 2021, please find the billing statements of the Independent Fiduciary for the months of June and July 2021.

The undersigned remains available to answer any questions the Court may have regarding the attached.

Thank you very much for your time and attention to this matter.

Respectfully submitted,

*[signature]*

Michael J. Mansfield, Esq.
Executive Vice President
T&M USA, LLC
Independent Fiduciary
New Vista Nursing & Rehab Center
Medical Plan
230 Park Avenue, Suite 440
New York, NY 10169
(212) 422-0000

Attachment
All parties (via ECF)



| | 230 Park Avenue<br>Suite 440<br>New York, NY 10169<br><br>T:   212.422.0000<br>F:   212.422.3305 | | Date | Invoice # |
|---|---|---|---|---|
| | | | 8/9/2021 | 24542 |
| | | | **P.O. Number** | |
| | | | -None- | |

**Bill To**

New Vista Nursing and Rehabilitation Center
(Via ECF)
George Weinberger
(Via ECF)
Steve Kleiman
(Via ECF)

| | |
|---|---|
| **Terms** | Due on receipt |
| **Invoice Period** | 6/1/2021 - 7/31/2021 |
| **In Reference To** | Independent Fiduciary Services |
| **Project #** | 111506 |

| DATE | BY | SERVICES | QUANTITY | RATES | TOTAL |
|---|---|---|---|---|---|
| 6/7/2021 | SKS | **Forensic Accounting** Reviewed the following files: Weinberger Rule 26 Initial Disclosures; Weinberger's responses to Secretary's first interrogatories; Weinberger's responses to Secretary's First Requests for Admission; Weinberger's responses to Secretary's first requests for production. | 2.00 | $100.00 | $200.00 |
| 6/7/2021 | SKS | **Forensic Accounting** Reviewed Pages 1- 500 ("Production 1-2500" file) from Robert P. Manetta, Esq. | 3.00 | $100.00 | $300.00 |
| 6/8/2021 | SKS | **Forensic Accounting** Reviewed Pages 1- 500 ("Production 1-2500" file) from Robert P. Manetta, Esq. (continued). | 4.50 | $100.00 | $450.00 |
| 6/9/2021 | SKS | **Forensic Accounting** Reviewed Pages 1- 500 ("Production 1-2500" file) from Robert P. Manetta, Esq. (continued). | 2.00 | $100.00 | $200.00 |
| 6/11/2021 | SKS | **Forensic Accounting** Reviewed Pages 1- 500 ("Production 1-2500" file) from Robert P. Manetta, Esq. (continued). | 0.50 | $100.00 | $50.00 |
| 6/14/2021 | SKS | **Forensic Accounting** Review of "Production 1-2500" file pages 501 - 800. | 0.50 | $100.00 | $50.00 |
| 6/16/2021 | SKS | **Forensic Accounting** Review of "Production 1-2500" file pages 501 - 800 (continued). | 3.50 | $100.00 | $350.00 |
| 6/17/2021 | SKS | **Forensic Accounting** Review of "Production 1-2500" file pages 501 - 800 (continued). | 1.25 | $100.00 | $125.00 |
| 6/28/2021 | SKS | **Forensic Accounting** Review of "Production 1-2500" file pages 801 through 1500. | 5.00 | $100.00 | $500.00 |
| 6/29/2021 | SKS | **Forensic Accounting** Review of "Production 1-2500" filepages 801 through 1500 (continued). | 3.00 | $100.00 | $300.00 |
| 6/30/2021 | SKS | **Forensic Accounting** Review of "Production 1-2500" file pages 801 through 1500 (continued). | 6.25 | $100.00 | $625.00 |

Please direct all accounting inquiries to T&M's Finance Department
at 212.422.0000 or billing@tmusallc.com

Please remit to:   T&M USA, LLC
P.O. Box 5218
New York, NY 10087-5218

For further information on our suite of services, please visit our website at www.tmusallc.com



230 Park Avenue  
Suite 440  
New York, NY 10169  

T:   212.422.0000  
F:   212.422.3305  

| Date | Invoice # |
|---|---|
| 8/9/2021 | 24542 |
| **P.O. Number** | |
| -None- | |

**Bill To**

New Vista Nursing and Rehabilitation Center  
(Via ECF)  
George Weinberger  
(Via ECF)  
Steve Kleiman  
(Via ECF)  

| | |
|---|---|
| **Terms** | Due on receipt |
| **Invoice Period** | 6/1/2021 - 7/31/2021 |
| **In Reference To** | Independent Fiduciary Services |
| **Project #** | 111506 |

| DATE | BY | SERVICES | QUANTITY | RATES | TOTAL |
|---|---|---|---|---|---|
| 7/7/2021 | SKS | **Forensic Accounting** Review of "Production 1-2500" (pages 1501 - 2000). | 3.25 | $100.00 | $325.00 |
| 7/8/2021 | SKS | **Forensic Accounting** Review of "Production 1-2500" (pages 1501 - 2000) (continued). | 3.75 | $100.00 | $375.00 |
| 7/9/2021 | SKS | **Forensic Accounting** Review of "Production 1-2500" (pages 1501 - 2000) (continued). | 3.50 | $100.00 | $350.00 |
| 7/12/2021 | SKS | **Forensic Accounting** Requested TPA information from Michael Slocum and Robert P. Manetta, Esq. | 0.25 | $100.00 | $25.00 |
| 7/12/2021 | SKS | **Forensic Accounting** Review of "Production 1-2500" (pages 2000 - 2225). | 4.50 | $100.00 | $450.00 |
| 7/14/2021 | SKS | **Forensic Accounting** Calls and emails to Mr. David Rubinstein - United Health Administrators. | 0.50 | $100.00 | $50.00 |
| 7/15/2021 | SKS | **Forensic Accounting** Communication with United Health Administrators General Counsel. | 0.25 | $100.00 | $25.00 |
| 7/19/2021 | SKS | **Forensic Accounting** Follow-up with TPA's Special Counsel Max Garfield. | 0.25 | $100.00 | $25.00 |
| 7/19/2021 | SKS | **Forensic Accounting** Review of "Production 1-2500" (pages 2226 - 2500). | 3.25 | $100.00 | $325.00 |
| 7/20/2021 | SKS | **Forensic Accounting** Review of "Production 1-2500" (pages 2226 - 2500) (continued). | 2.00 | $100.00 | $200.00 |
| 7/21/2021 | SKS | **Forensic Accounting** Review of "Production 1-2500" (pages 2226 - 2500) (continued). | 0.50 | $100.00 | $50.00 |
| 7/21/2021 | SKS | **Forensic Accounting** Review of "Production 2501-4710" (pages 1 - 450). | 4.50 | $100.00 | $450.00 |
| 7/22/2021 | SKS | **Forensic Accounting** Review of "Production 2501-4710" (pages 1 - 450) (continued). | 3.00 | $100.00 | $300.00 |
| 7/23/2021 | SKS | **Forensic Accounting** Follow-up with TPA's Special Counsel - Max Garfield. | 0.25 | $100.00 | $25.00 |

Please direct all accounting inquiries to T&M's Finance Department at 212.422.0000 or billing@tmusallc.com

Please remit to:   T&M USA, LLC  
P.O. Box 5218  
New York, NY 10087-5218

For further information on our suite of services, please visit our website at www.tmusallc.com



230 Park Avenue
Suite 440
New York, NY 10169

T: 212.422.0000
F: 212.422.3305

| Date | Invoice # |
|---|---|
| 8/9/2021 | 24542 |
| **P.O. Number** | |
| -None- | |

**Bill To**

New Vista Nursing and Rehabilitation Center
(Via ECF)
George Weinberger
(Via ECF)
Steve Kleiman
(Via ECF)

| | |
|---|---|
| **Terms** | Due on receipt |
| **Invoice Period** | 6/1/2021 - 7/31/2021 |
| **In Reference To** | Independent Fiduciary Services |
| **Project #** | 111506 |

| DATE | BY | SERVICES | QUANTITY | RATES | TOTAL |
|---|---|---|---|---|---|
| 7/23/2021 | SKS | **Forensic Accounting** Review of "Production 2501-4710" (pages 1 - 450) (continued). | 1.50 | $100.00 | $150.00 |
| 7/26/2021 | MMA | **Forensic Accounting** Review of "Segment 018 of BROADWAY_002030- BROADWAY_002771-C1" (pages 1-500) | 5.00 | $100.00 | $500.00 |
| 7/26/2021 | SKS | **Forensic Accounting** Review of "Production 2501-4710" (pages 451 - 700). | 5.00 | $100.00 | $500.00 |
| 7/27/2021 | SKS | **Forensic Accounting** Call from TPA's attorney concerning unpaid claims report. | 0.50 | $100.00 | $50.00 |
| 7/27/2021 | SKS | **Forensic Accounting** Review of "Production 2501-4710" (pages 701 - 950). | 4.50 | $100.00 | $450.00 |
| 7/27/2021 | MMA | **Forensic Accounting** Review of "Segment 018 of BROADWAY_002030- BROADWAY_002771-C1" (pages 1-500) -CONTINUED | 5.00 | $100.00 | $500.00 |
| 7/27/2021 | AEB | **Forensic Accounting** Review of "Segment 016 of BROADWAY_001744- BROADWAY_001866-C1" (pages 1 - 123). Review of "Segment 017 of BROADWAY_001867- BROADWAY_002029-C1" (pages 1 – 163) Review of "Segment 009 of BROADWAY_001191- BROADWAY_001214-C2" (pages 1 – 24) Review of "Segment 010 of BROADWAY_001215- BROADWAY_001245-C3" (pages 1 – 31) Review of "Segment 011 of BROADWAY_001246- BROADWAY_001288-C3" (pages 1 – 43) Review of "Segment 012 of BROADWAY_001289- BROADWAY_001317-C3" (pages 1 – 29) | 7.00 | $100.00 | $700.00 |
| 7/28/2021 | SKS | **Forensic Accounting** Review of "Production 2501-4710" (pages 951 - .1200). | 5.00 | $100.00 | $500.00 |
| 7/29/2021 | SKS | **Forensic Accounting** Review of "Production 2501-4710" (pages 1201 - 1450). | 5.00 | $100.00 | $500.00 |

Please direct all accounting inquiries to T&M's Finance Department at 212.422.0000 or billing@tmusallc.com

Please remit to: T&M USA, LLC
P.O. Box 5218
New York, NY 10087-5218

For further information on our suite of services, please visit our website at www.tmusallc.com



230 Park Avenue
Suite 440
New York, NY 10169

T:   212.422.0000
F:   212.422.3305

| Date | Invoice # |
|---|---|
| 8/9/2021 | 24542 |
| **P.O. Number** | |
| -None- | |

**Bill To**

New Vista Nursing and Rehabilitation Center
(Via ECF)
George Weinberger
(Via ECF)
Steve Kleiman
(Via ECF)

| | |
|---|---|
| **Terms** | Due on receipt |
| **Invoice Period** | 6/1/2021 - 7/31/2021 |
| **In Reference To** | Independent Fiduciary Services |
| **Project #** | 111506 |

| DATE | BY | SERVICES | QUANTITY | RATES | TOTAL |
|---|---|---|---|---|---|
| 7/30/2021 | AEB | **Forensic Accounting** continued review of "Segment 016 of BROADWAY_001744- BROADWAY_001866-C1" (pages 1 - 123). Review of "Segment 017 of BROADWAY_001867- BROADWAY_002029-C1" (pages 1 – 163) Review of "Segment 009 of BROADWAY_001191- BROADWAY_001214-C2" (pages 1 – 24) Review of "Segment 010 of BROADWAY_001215- BROADWAY_001245-C3" (pages 1 – 31) Review of "Segment 011 of BROADWAY_001246- BROADWAY_001288-C3" (pages 1 – 43) Review of "Segment 012 of BROADWAY_001289- BROADWAY_001317-C3" (pages 1 – 29) | 2.00 | $100.00 | $200.00 |
| 7/30/2021 | SKS | **Forensic Accounting** Review of "Production 2501-4710" (pages 1451 - 1700). | 5.00 | $100.00 | $500.00 |
| | | **Sub-total Time Bill** | | | **$10,675.00** |

| | |
|---|---|
| **Labor Total** | **$10,675.00** |
| **Expense Total** | **$0.00** |
| **Sales Tax** | $0.00 |
| **INVOICE TOTAL** | **$10,675.00** |
| **Amt. Paid/Credit** | $0.00 |
| **Amount Due** | $10,675.00 |

Please direct all accounting inquiries to T&M's Finance Department
at 212.422.0000 or billing@tmusallc.com

Please remit to: T&M USA, LLC
P.O. Box 5218
New York, NY 10087-5218

For further information on our suite of services, please visit our website at www.tmusallc.com

4