

September 21, 2021

Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street, Court Room 5B
Newark, NJ 07101

Re:   Walsh v. 300 Broadway Healthcare, L.L.C. et al., 20-CV-00622

Dear Judge Cecchi,

Attached hereto and forwarded pursuant to Section II(B)(2) of the Settlement Agreement and Consent Order so-ordered by this Honorable Court in the above-referenced matter on or about May 6, 2021, please find the billing statements of the Independent Fiduciary for the month of August 2021.

The undersigned remains available to answer any questions the Court may have regarding the attached.

Thank you very much for your time and attention to this matter.

Respectfully submitted,

Michael J. Mansfield, Esq.
Independent Fiduciary
New Vista Nursing & Rehab Center
Medical Plan


Attachment
All parties (via ECF)



T&M USA, LLC
230 Park Avenue
Suite 440
New York, NY 10169

T: 212.422.0000
F: 212.422.3305

| Date | Invoice # |
|---|---|
| 9/13/2021 | 25242 |
| **P.O. Number** | |
| -None- | |

**Bill To**

New Vista Nursing and Rehabilitation Center
(Via ECF)
George Weinberger
(Via ECF)
Steve Kleiman
(Via ECF),

| | |
|---|---|
| **Terms** | Due on receipt |
| **Invoice Period** | 8/1/2021 - 8/31/2021 |
| **In Reference To** | Independent Fiduciary Services |
| **Project #** | 111506 |

| DATE | BY | SERVICES | HOURS / UNITS | RATES | TOTAL |
|---|---|---|---|---|---|
| 8/2/2021 | SKS | **Forensic Accounting**: Analysis of partial unpaid claims report obtained from TPA and preparation of spreadsheet. | 3.00 | $300.00 | $900.00 |
| 8/3/2021 | SKS | **Forensic Accounting**: Analysis of partial unpaid claims report obtained from TPA and preparation of spreadsheet (continued). | 2.00 | $300.00 | $600.00 |
| 8/4/2021 | SKS | **Forensic Accounting**: Contacted attorneys regarding healthcare providers' contact information. | 0.25 | $300.00 | $75.00 |
| 8/4/2021 | SKS | **Forensic Accounting**: Analysis of partial unpaid claims report obtained from TPA and preparation of spreadsheet (continued). | 1.00 | $300.00 | $300.00 |
| 8/6/2021 | SKS | **Forensic Accounting**: Analysis of partial unpaid claims report obtained from TPA and preparation of spreadsheet (continued). | 2.00 | $300.00 | $600.00 |
| 8/9/2021 | SKS | **Forensic Accounting**: Analysis of partial unpaid claims report obtained from TPA and preparation of spreadsheet (continued). | 8.00 | $300.00 | $2,400.00 |
| 8/17/2021 | MG | **Consulting Services**: Preparation of June and July billing statements - filing with DNJ. | 2.00 | $300.00 | $600.00 |
| 8/19/2021 | MG | **Consulting Services**: Project management | 1.00 | $300.00 | $300.00 |
| 8/20/2021 | MG | **Consulting Services**: Meeting with counsel. | 0.50 | $300.00 | $150.00 |
| 8/20/2021 | SKS | **Forensic Accounting**: Conference call with Robert Manetta, Esq. and Michael Slocum concerning contact information of healthcare providers identified; Update provided to Senior Trial Attorney Andrew Karonis (USDOL). | 1.00 | $300.00 | $300.00 |
| 8/25/2021 | MG | **Consulting Services**: Reviewed unpaid claims issue in preparation for 08/25/2021 meeting. | 1.25 | $300.00 | $375.00 |
| 8/26/2021 | SKS | **Forensic Accounting**: Call from Robert M. concerning healthcare providers' contact information. | 0.25 | $300.00 | $75.00 |

Please direct all accounting inquiries to T&M's Finance Department
at 212.422.0000 or billing@tmusallc.com

Please remit to:   T&M USA, LLC
P.O. Box 5218
New York, NY 10087-5218

For further information on our suite of services, please visit our website at www.tmusallc.com

1



T&M USA, LLC
230 Park Avenue
Suite 440
New York, NY 10169

T: 212.422.0000
F: 212.422.3305

| Date | Invoice # |
|---|---|
| 9/13/2021 | 25242 |
| **P.O. Number** | |
| -None- | |

**Bill To**

New Vista Nursing and Rehabilitation Center
(Via ECF)
George Weinberger
(Via ECF)
Steve Kleiman
(Via ECF),

| | |
|---|---|
| **Terms** | Due on receipt |
| **Invoice Period** | 8/1/2021 - 8/31/2021 |
| **In Reference To** | Independent Fiduciary Services |
| **Project #** | 111506 |

| DATE | BY | SERVICES | HOURS / UNITS | RATES | TOTAL |
|---|---|---|---|---|---|
| 8/27/2021 | SKS | **Forensic Accounting**: Preparation of current or ex-employee unpaid claims report. | 0.50 | $300.00 | $150.00 |
| 8/27/2021 | SKS | **Forensic Accounting**: Conference call regarding healthcare providers' contact information with Andrew K., Marisa P., Samuel S., Martin G., Robert M. and Michael S. | 1.00 | $300.00 | $300.00 |
| 8/27/2021 | MG | **Consulting Services**: Prepared for and attended meeting with parties. | 1.00 | $300.00 | $300.00 |
| | | **Sub-total Time Bill** | | | **$7,425.00** |

| | |
|---|---:|
| **Labor Total** | $7,425.00 |
| **Expense Total** | $0.00 |
| **Sales Tax** | $0.00 |
| **INVOICE TOTAL** | $7,425.00 |
| **Amt. Paid/Credit** | $0.00 |
| **Amount Due** | $7,425.00 |

Please direct all accounting inquiries to T&M's Finance Department
at 212.422.0000 or billing@tmusallc.com

Please remit to:   T&M USA, LLC
P.O. Box 5218
New York, NY 10087-5218

For further information on our suite of services, please visit our website at www.tmusallc.com