January 5, 2022

Honorable Claire C. Cecchi
United States District Judge
50 Walnut Street, Court Room 5B
Newark, NJ 07101

Re:     <u>Walsh v. 300 Broadway Healthcare, L.L.C. et al.</u>, 20-CV-00622 -
        Proposed Order and Judgment

Dear Judge Cecchi,

Attached hereto and forwarded pursuant to Section II(C)(1) of the Settlement Agreement and Consent Order so-ordered by this Honorable Court in the above-referenced matter on or about May 6, 2021, please find the Independent Fiduciary's letter motion, dated December 23, 2021, seeking approval of a proposed New Vista Nursing & Rehab Center Medical Plan Distribution Schedule, and upon such approval, an Order directing the Clerk of Court to release moneys in the CRIS Account necessary for the Independent Fiduciary to make payments under the Distribution Schedule (*See* ECF No. 57).

Also attached please find a proposed Order and Judgment for your signature embodying the relief sought in the Independent Fiduciary's letter motion. All Parties have consented to the relief sought in the letter motion, and the proposed Order and Judgment has been approved as to form and content by the Clerk of Court pursuant to L.Civ.R. 67.1(b).

The undersigned remains available to answer any questions the Court may have regarding this matter. Thank you for your time and consideration.

Respectfully submitted,

*[signature]*

Michael J. Mansfield, Esq.
Independent Fiduciary
New Vista Nursing & Rehab Center Medical Plan

Attachments
All parties (via ECF)

Walsh v. 300 Broadway Healthcare, L.L.C. et al., 20-CV-00622
230 Park Avenue, Suite 440, New York, NY 10169 ● Tel: 212.422.0000 ● www.tmusallc.com ● Page 1
This business is licensed by the New York Department of State, Division of Licensing Services

# ORDER

December 23, 2021

Honorable Claire C. Cecchi
United States District Judge
50 Walnut Street, Court Room 5B
Newark, NJ 07101

Re: <u>Walsh v. 300 Broadway Healthcare, L.L.C. et al.</u>, 20-CV-00622 -
New Vista Nursing & Rehab Center Medical Plan Distribution Proposal

Dear Judge Cecchi,

Attached hereto and forwarded pursuant to Section II(C)(1) of the Settlement Agreement and Consent Order so-ordered by this Honorable Court in the above-referenced matter on or about May 6, 2021 (the "Order"), please find the Independent Fiduciary's New Vista Nursing & Rehab Center Medical Plan Distribution Proposal.

If acceptable, the Independent Fiduciary requests that the Court issue an order and judgment approving the Distribution Proposal and directing the Clerk of Court to release moneys in the CRIS Account necessary for the Independent Fiduciary to make payments under the Distribution Schedule, pursuant to Section II(C)(3) of the Order. A separate bank account in the name of T&M USA, LLC has been established solely to comply with the Order and disburse funds pursuant to the attached. The undersigned remains available to answer any questions the Court or parties may have regarding the Distribution Proposal. Thank you for your time and consideration.

Respectfully submitted,

*[signature]*

Michael J. Mansfield, Esq.
Independent Fiduciary
New Vista Nursing & Rehab Center Medical Plan

Attachment
All parties (via ECF)

**The Independent Fiduciary is directed to submit a proposed order and judgment embodying the relief sought that is suitable for signature by District Judge Cecchi by January 14, 2022.** *See* **L.Civ.R 5.2(1)(j),(6). The Clerk is directed to send the Independent Fiduciary a copy of this Order to the address highlighted below and to mmansfield@tmusallc.com. So Ordered.**

　　　　　　　　*/s/ Edward S. Kiel*
　　　　　　　Edward S. Kiel, U.S.M.J.
　　　　　　　Date: December 30, 2021

Walsh v. 300 Broadway Healthcare, L.L.C. et al., 20-CV-00622
230 Park Avenue, Suite 440, New York, NY 10169 ● Tel: 212.422.0000 ● www.tmusallc.com ● Page 1
This business is licensed by the New York Department of State, Division of Licensing Services



New Vista Nursing & Rehab Center Medical Plan Distribution Proposal

The Independent Fiduciary has completed its review of documents - unpaid claims report and claim forms – obtained from Garden State Administrators. Four hundred and nine (409) claim lines were identified as having all the required information needed to pay one hundred and fifty (150) billing providers. Below is a summary of the payments due to the billing providers.

| No. | NPI | Provider | Amount |
|---|---|---|---|
| 1 | 1215027966 | Newark Beth Israel Medical Center Inc. | $6,532.13 |
| 2 | 1659387975 | John F. Kennedy University Medical Center | $6,390.33 |
| 3 | 1396857488 | Saint Barnabas Medical Center | $5,529.72 |
| 4 | 1801133103 | Hoboken Holistic Physical Therapy and Sports Medicine, LLC | $4,117.81 |
| 5 | 1225110497 | Accu Reference Medical Lab, LLC | $3,159.84 |
| 6 | 1154576387 | Ramapo Valley Anesthesia Associates, LLC | $2,842.00 |
| 7 | 1720223084 | Omega Medical Group PC | $2,663.48 |
| 8 | 1932145778 | Quest Diagnostics Incorporated | $2,623.99 |
| 9 | 1902901333 | Clara Maass Medical Center | $2,557.39 |
| 10 | 1952681918 | Medical Associates of Englewood PC | $2,419.89 |
| 11 | 1134277494 | Bio-Reference Laboratories, Inc. | $2,409.11 |
| 12 | 1841662707 | Sigma II Incorporated | $2,308.10 |
| 13 | 1639561293 | Mulberry Ambulatory Surgical Center, LLC | $2,204.66 |
| 14 | 1215998323 | University Hospital | $2,086.00 |
| 15 | 1790747491 | St. Barnabas Outpatient Centers | $1,940.46 |
| 16 | 1669515391 | Accurate Diagnostic Labs, Inc. | $1,790.87 |
| 17 | 1760515860 | Empire Medical Associates PC | $1,748.76 |
| 18 | 1699777458 | St. Michaels Medical Center, Inc. | $1,747.03 |
| 19 | 1003842626 | Ambulatory Center for Endoscopy, LLC | $1,571.00 |
| 20 | 1194810531 | Montclair Radiological Assoc PA | $1,503.54 |
| 21 | 1235178146 | Suburban Endoscopy Center, LLC | $1,500.00 |
| 22 | 1295756641 | Ocean Heart, Inc. | $1,481.48 |
| 23 | 1417920695 | Adel Armanious MD | $1,389.29 |
| 24 | 1851484380 | Sportscare of America, PC | $1,368.00 |
| 25 | 1669476032 | Medical Laboratory Diagnostics Inc. | $1,324.09 |
| 26 | 1538196027 | Imaging Consultants of Essex, PA | $1,278.97 |
| 27 | 1629327887 | New Jersey Imaging Network, LLC | $1,078.47 |
| 28 | 1851525661 | NJ Gastro, LLC | $1,017.02 |
| 29 | 1023448214 | Gateway Emergency Services PC | $972.06 |
| 30 | 1265800767 | Essex Emergency Physicians LLC | $933.00 |
| 31 | 1871859306 | Christ Hospital | $881.11 |
| 32 | 1871826230 | Empire Medical II LLC | $863.61 |
| 33 | 1639189236 | University Physician Associates of New Jersey, Inc. | $836.00 |
| 34 | 1942254347 | Summit Medical Group PA | $748.46 |

Walsh v. 300 Broadway Healthcare, L.L.C. et al., 20-CV-00622
230 Park Avenue, Suite 440, New York, NY 10169 ● Tel: 212.422.0000 ● www.tmusallc.com ● Page 2
This business is licensed by the New York Department of State, Division of Licensing Services



| No. | NPI | Provider | Amount |
|---|---|---|---|
| 35 | 1932214293 | Alan Cooperman | $710.49 |
| 36 | 1184766107 | Salerno Medical Associates LLP | $696.53 |
| 37 | 1073582367 | David Solowiejczyk | $673.61 |
| 38 | 1396774246 | Hudson MRI, P.A. | $655.00 |
| 39 | 1356396873 | Millburn Medical Imaging P.A. | $651.11 |
| 40 | 1700014545 | Garden State Healthcare Associates, LLC | $609.50 |
| 41 | 1942398623 | Thoracic Medical Associates, LLC | $581.16 |
| 42 | 1013256320 | Integra Partners IPA, LLC | $544.65 |
| 43 | 1588650766 | Borough of Cliffside Park | $513.36 |
| 44 | 1619924362 | East Orange General Hospital | $507.08 |
| 45 | 1417213075 | Saint Barnabas Emergency Medical Associates LLC | $490.00 |
| 46 | 1134466139 | Newark Beth Israel Emergency Medical Associates LLC | $482.79 |
| 47 | 1497955561 | Passaic Primary Care Physicians LLC | $464.27 |
| 48 | 1013919620 | Kessler Institute for Rehabilitation Inc. | $456.00 |
| 49 | 1831236769 | NBIMC Department of Radiology | $417.76 |
| 50 | 1982662649 | NBIMC Department of Obstetrics Gynecology | $404.46 |
| 51 | 1720044555 | Internet Medical Group PC | $402.59 |
| 52 | 1629267489 | Winston Scott MD | $386.44 |
| 53 | 1619046018 | Midland Medical Associates LLC | $374.42 |
| 54 | 1356394555 | Care Plus NJ INC. | $360.00 |
| 55 | 1457423717 | Serena Lee MD PA | $350.00 |
| 56 | 1457587776 | TEIJ Medical Inc. | $334.65 |
| 57 | 1053498097 | Mortaza Jafari MD | $329.51 |
| 58 | 1972655256 | Professional OB GYN & Infertility Center of Irvington PA | $326.44 |
| 59 | 1326275108 | Hudson Radiology Center of New Jersey | $305.00 |
| 60 | 1356457923 | Eye Surgeons of North Jersey, LLC | $301.81 |
| 61 | 1861441883 | Clara Maass Medical Center House Physicians | $300.00 |
| 62 | 1881978351 | Lucila Medical PC | $283.58 |
| 63 | 1477532588 | The Heart Center of the Oranges | $271.40 |
| 64 | 1770635484 | Arthur Badillo | $270.51 |
| 65 | 1083612881 | Englewood Hospital and Medical Center | $268.00 |
| 66 | 1134292360 | Forest Hill Family Health Associates P.A. | $267.36 |
| 67 | 1447516000 | Clara Maass Emergency Medical Associates LLC | $261.40 |
| 68 | 1275845554 | Parkway Eyecare Center LLC | $260.86 |
| 69 | 1487802930 | Montclair Hospital LLC | $257.31 |
| 70 | 1992850820 | Aijuan Wang | $240.76 |
| 71 | 1851726731 | Infinity Diagnostics Laboratory, Inc. | $234.53 |
| 72 | 1114995941 | Joseph M. Wildman MD | $230.88 |
| 73 | 1518037068 | General Vascular Surgical Associates of North Jersey, P.A. | $209.28 |
| 74 | 1740345693 | Newark Community Health Centers, Inc. | $201.21 |
| 75 | 1962756304 | Endocrinology T S LLC | $200.67 |
| 76 | 1336212802 | OB-GYN PA | $199.10 |

Walsh v. 300 Broadway Healthcare, L.L.C. et al., 20-CV-00622
230 Park Avenue, Suite 440, New York, NY 10169 ● Tel: 212.422.0000 ● www.tmusallc.com ● Page 3
This business is licensed by the New York Department of State, Division of Licensing Services



| No. | NPI | Provider | Amount |
|---|---|---|---|
| 77 | 1790930618 | Ben Sinai Medical Center PC | $197.29 |
| 78 | 1063449023 | PRI Med Care PA | $197.14 |
| 79 | 1114985702 | NBIMC Department. of Internal Medicine | $196.96 |
| 80 | 1225146020 | South Mountain Imaging Center | $196.69 |
| 81 | 1568570679 | Madhavil L. Wijayaratne MD | $195.40 |
| 82 | 1295838845 | Asim Dikengil MD | $186.14 |
| 83 | 1578722534 | Matthew J. Marano Jr. MD LLC | $182.67 |
| 84 | 1386800464 | Saint Barnabas Outpatient | $178.90 |
| 85 | 1053367334 | Montclair Breast Center PC | $177.42 |
| 86 | 1952414849 | Normita G. Landas-Narvaez M.D. | $177.05 |
| 87 | 1356387286 | Foundation Pediatrics | $175.00 |
| 88 | 1497816631 | Andrea Barbier | $163.22 |
| 89 | 1184668485 | Goldson Medical Associates, LLC | $163.13 |
| 90 | 1154367803 | University Radiology Group PC | $160.26 |
| 91 | 1497016620 | Regional Womens Health Group, LLC | $155.14 |
| 92 | 1417018870 | Thalody Medical Associates LLC | $153.92 |
| 93 | 1952499006 | Robert Fogari MD | $153.92 |
| 94 | 1700991247 | Saleem Mahmood M.D. PC | $153.92 |
| 95 | 1154579647 | Urology Group of New Jersey LLC | $150.33 |
| 96 | 1982720249 | Montclair Hospital LLC | $149.05 |
| 97 | 1518291129 | Apple Diagnostics Lab | $148.76 |
| 98 | 1356432678 | Adeniyi Ogunkoya MD PC | $143.31 |
| 99 | 1992745061 | Dr. Schulmans Housecalls LLC | $140.27 |
| 100 | 1457665838 | Soma Skin Laser, LLC | $138.51 |
| 101 | 1841557246 | Barnabas Health Medical Group PC | $124.66 |
| 102 | 1043320559 | Wilson Antoine MD | $123.77 |
| 103 | 1215989249 | Hackensack Univerity Medical Group, PC | $120.18 |
| 104 | 1922363472 | Gastrocare EUS Imaging Centers | $120.18 |
| 105 | 1336313113 | Premier Ob/Gyn LLC | $120.00 |
| 106 | 1508020157 | Metropolitan OB/GYN P.A. | $120.00 |
| 107 | 1437392198 | Mid Atlantic Diabetes and Endocrinology Associates, PC | $116.70 |
| 108 | 1013128602 | Wayne Cardiology LLC` | $116.26 |
| 109 | 1932571593 | Sovereign Health Imaging, LLC | $105.24 |
| 110 | 1902937576 | James E. Haberman MD PA | $102.96 |
| 111 | 1104027556 | Image Dermatology PC | $98.06 |
| 112 | 1174648562 | Sanford Heights Pediatrics | $98.06 |
| 113 | 1902877525 | Robert Spira | $98.06 |
| 114 | 1982675773 | Michael Gentile | $98.06 |
| 115 | 1609002823 | West Hudson Pulmonary Associates Corp. | $96.44 |
| 116 | 1669524336 | Yvonne Wrightcadet MD PC | $96.44 |
| 117 | 1376785626 | Mustafa Sidali DO PC | $94.96 |
| 118 | 1306826581 | Phillip M. Fiore | $91.84 |

Walsh v. 300 Broadway Healthcare, L.L.C. et al., 20-CV-00622
230 Park Avenue, Suite 440, New York, NY 10169 ● Tel: 212.422.0000 ● www.tmusallc.com ● Page 4
This business is licensed by the New York Department of State, Division of Licensing Services



| No. | NPI | Provider | Amount |
|---|---|---|---|
| 119 | 1447445234 | Care Station Medical Group, PA | $86.66 |
| 120 | 1164485314 | Anthony M. Ricciardi MD | $86.44 |
| 121 | 1588763114 | Spine Care and Rehabilitation, Inc. | $86.44 |
| 122 | 1134386410 | Primary Care Medical Group PA | $86.44 |
| 123 | 1740459452 | Hudson Podiatry Center PC | $86.44 |
| 124 | 1063497451 | Laboratory Corporation of America Holdings | $85.19 |
| 125 | 1760492367 | University Physician Associates of New Jersey, Inc. | $79.69 |
| 126 | 1417924424 | Pathology Solutions LLC | $78.52 |
| 127 | 1689622748 | Medical Oncology Associates at St. Barnabas | $76.96 |
| 128 | 1205921194 | Renal Medical Associates, LLC | $76.96 |
| 129 | 1679597280 | Darshi Sunderam MD | $76.96 |
| 130 | 1487723243 | Solomon Owusu, M.D. | $76.96 |
| 131 | 1003956491 | Diabetes, Endocrinology, Metabolism, Specialities, P.A. | $76.96 |
| 132 | 1992022420 | James L. Amato, MD., P.A. | $76.96 |
| 133 | 1235323460 | Robert and Maria V. Picciano M.D., P.C. | $76.96 |
| 134 | 1942498985 | Princeton Pathology Services PA | $67.00 |
| 135 | 1922030196 | Michael R. Isaac DPM | $64.65 |
| 136 | 1043252414 | Hudson Eye Physicians & Surgeons, LLC | $58.12 |
| 137 | 1285078592 | JFK Medical Associates PA | $53.22 |
| 138 | 1457481954 | St. Michaels Cardiology Associates | $49.24 |
| 139 | 1841245081 | Hemant G. Patel MD PA | $43.22 |
| 140 | 1588822423 | New Jersey Urology LLC | $43.22 |
| 141 | 1487694964 | Louis Sangosse MD | $43.22 |
| 142 | 1154662153 | A1 Medical Care, PC | $43.22 |
| 143 | 1962428474 | The Dermatology Group PC | $43.22 |
| 144 | 1902985336 | Earl Kusnierz, DO | $43.22 |
| 145 | 1205872041 | Quest Diagnostics Clinical Laboratories Inc. | $36.79 |
| 146 | 1215026966 | Newark Beth Israel Medical Center Inc. | $34.61 |
| 147 | 1083781090 | Livingston Pathology Associates, LLC | $21.64 |
| 148 | 1316957913 | University Physician Associates of New Jersey, Inc. | $13.40 |
| 149 | 1538144910 | Laboratory Corporation of America Holdings | $7.71 |
| 150 | 1962698597 | Cardiology Center of New Jersey | $4.39 |
| | | **Grand Total** | **$97,964.05** |

Walsh v. 300 Broadway Healthcare, L.L.C. et al., 20-CV-00622
230 Park Avenue, Suite 440, New York, NY 10169 ● Tel: 212.422.0000 ● www.tmusallc.com ● Page 5
This business is licensed by the New York Department of State, Division of Licensing Services