UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

MARTIN J. WALSH, Secretary of Labor,
United States Department of Labor,

              Plaintiff,

v.

300 BROADWAY HEALTHCARE, L.L.C. d/b/a NEW VISTA NURSING & REHAB CENTER, GEORGE WEINBERGER, STEVE KLEIMAN and NEW VISTA NURSING & REHAB CENTER MEDICAL PLAN,

              Defendants.

---

GEORGE WEINBERGER,

              Third-Party Plaintiff,

v.

TNUZEG HOLDINGS, LLC, RIVKA B. KLEIMAN, and RIVKA C. KLEIMAN,

              Third-Party Defendants.

---

Civil Action File No.:
**20-CV-00622 (CCC)(ESK)**

**ORDER GRANTING THE INDEPENDENT FIDUCIARY'S MOTION TO APPROVE THE PROPOSED DISTRIBUTION SCHEDULE AND RELEASE MONEYS IN THE COURT REGISTRY INVESTMENT SERVICES ("CRIS") ACCOUNT NECESSARY TO MAKE PAYMENTS UNDER SUCH DISTRIBUTION SCHEDULE**

The above-captioned matter having come before the Court upon the Independent Fiduciary's letter motion, dated December 23, 2021 (ECF No. 56), to approve the Independent Fiduciary's proposed Distribution Schedule pursuant to the Order of this Court, dated May 6, 2021, and release moneys in the CRIS Account necessary to make payments under the proposed Distribution Schedule pursuant to Fed. R. Civ. P. 67 and L.Civ.R. 67.1(b), and all Parties having consented to the relief sought in the Independent Fiduciary's letter motion, and this Order having first been approved as to form and content by the Clerk of Court or his/her designee pursuant to L.Civ.R. 67.1(b), and the Court having considered the motion,

1

NOW, THEREFORE, it is on this __10__ day of __January__, 2022;

ORDERED that the motion to approve the Independent Fiduciary's proposed Distribution Schedule shall be, and is hereby, GRANTED; it is

FURTHER ORDERED that the Clerk of Court shall disburse funds from the CRIS account in the sum of $97,964.05 to the Independent Fiduciary necessary to make payments under the Distribution Schedule; and it is

FURTHER ORDERED that the Clerk of Court shall make such funds payable to: T&M USA, LLC; 230 Park Avenue, Suite 440; New York, N.Y. 10169; and it is

FURTHER ORDERED that the Independent Fiduciary shall notify all Parties after making all approved payments pursuant to the Distribution Schedule; and it is

FURTHER ORDERED that a signed copy of this Order shall be personally served upon the Clerk of Court, Chief Deputy of Administration, Chief Deputy of Operations or Finance Manager.

I recommend approval of the above Order and declare that no lien or other claim against monies deposited in the Registry of the Court in this matter is on file in my office as of this date.

1/5/2022
(Date)

_[signature]_ Administrative Supervisor
(Clerk/Deputy Clerk)

**SO ORDERED:**

_[signature]_
HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

Dated: __January 10__, 2022