

October 28, 2021

Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street, Court Room 5B
Newark, NJ 07101

Re:   Walsh v. 300 Broadway Healthcare, L.L.C. et al., 20-CV-00622

Dear Judge Cecchi,

Attached hereto and forwarded pursuant to Section II(B)(2) of the Settlement Agreement and Consent Order so-ordered by this Honorable Court in the above-referenced matter on or about May 6, 2021, please find the billing statements of the Independent Fiduciary for the month of September 2021.

The undersigned remains available to answer any questions the Court may have regarding the attached.

Thank you very much for your time and attention to this matter.

Respectfully submitted,

Michael J. Mansfield, Esq.
Independent Fiduciary
New Vista Nursing & Rehab Center
Medical Plan


Attachment
All parties (via ECF)



T&M USA, LLC
230 Park Avenue
Suite 440
New York, NY 10169

T: 212.422.0000
F: 212.422.3305

| Date | Invoice # |
|---|---|
| 10/12/2021 | 25598 |
| **P.O. Number** | |
| -None- | |

**Bill To**

New Vista Nursing and Rehabilitation Center
(Via ECF)
George Weinberger
(Via ECF)
Steve Kleiman
(Via ECF),

| | |
|---|---|
| **Terms** | Due on receipt |
| **Invoice Period** | 9/1/2021 - 9/30/2021 |
| **In Reference To** | Independent Fiduciary Services |
| **Project #** | 111506 |

| DATE | BY | SERVICES | HOURS / UNITS | RATES | TOTAL |
|---|---|---|---|---|---|
| 9/8/2021 | MG | **Forensic Accounting**: Prepared, edited and filed letter to U.S. District Court seeking extension to file distribution plan. | 1.50 | $300.00 | $450.00 |
| 9/14/2021 | SKS | **Forensic Accounting**: Follow-up with Garden State's attorney concerning claims forms and contact information of identified providers'. | 0.25 | $300.00 | $75.00 |
| 9/17/2021 | SKS | **Forensic Accounting**: Prepared and emailed list of payee names to Total Plan TPA. | 0.25 | $300.00 | $75.00 |
| 9/24/2021 | SKS | **Forensic Accounting**: Follow-up with United Health's attorney concerning providers' contact information. | 0.25 | $300.00 | $75.00 |
| 9/24/2021 | SKS | **Forensic Accounting**: Follow-up with Total Plan TPA concerning providers' contact information. | 0.25 | $300.00 | $75.00 |
| | | **Sub-total Time Bill** | | | **$750.00** |

| | |
|---|---|
| **Labor Total** | **$750.00** |
| **Expense Total** | **$0.00** |
| **Sales Tax** | $0.00 |
| **INVOICE TOTAL** | **$750.00** |
| **Amt. Paid/Credit** | $0.00 |
| **Amount Due** | $750.00 |

Please direct all accounting inquiries to T&M's Finance Department
at 212.422.0000 or billing@tmusallc.com

Please remit to:   T&M USA, LLC
P.O. Box 5218
New York, NY 10087-5218

For further information on our suite of services, please visit our website at www.tmusallc.com